UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHONGLE CHEN,

                **Plaintiff,**

      - *against* –

KICHO CORPORATION, et al.,

                **Defendants.**

18 CV 7413 (NSR) (LMS)

<u>ORDER</u>

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

In accordance with the undersigned's oral order for Plaintiff to file a Second Amended Complaint to resolve the issues discussed on the record at the January 10, 2020, status conference, Plaintiff is hereby granted permission to file a Second Amended Complaint in this case.

Dated: January 22, 2020
       White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] On February 14, 2019, the Honorable Nelson S. Román referred this matter to the undersigned for general pre-trial supervision, including the resolution of non-dispositive motions. ECF No. 14.