UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZHONGLE CHEN,
*on his own behalf and on behalf of others similarly situated,*

                      Plaintiff,

v.

KICHO CORPORATION d/b/a Kicho Japanese Fusion, et al.,

                      Defendants.
-----------------------------------------------------------X

**ORDER**

18-cv-07413 (PMH)

PHILIP M. HALPERN, United States District Judge:

This matter has recently been reassigned to me. Due to further proceedings before Magistrate Judge Smith, the case management conference previously scheduled for May 1, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       April 20, 2020

_____
Philip M. Halpern
United States District Judge