UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHONGLE CHEN,

Plaintiff,

*- against –*

KICHO CORPORATION, et al.,

Defendants.

18 CV 7413 (NSR) (LMS)

**AMENDED ORDER ON MOTION TO WITHDRAW**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

This Order amends the undersigned's prior Order (Docket No. 103) to the extent that Plaintiff's counsel is directed to promptly serve a copy of Docket No. 103 on Defendant Lian Hua Corp.[2]

Dated: June 26, 2020
White Plains, New York

**SO ORDERED,**

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

[1] On February 14, 2019, the Honorable Nelson S. Román referred this matter to the undersigned for general pre-trial supervision, including the resolution of non-dispositive motions. Docket No. 14.

[2] Defendant Lian Hua Corp. was added to this case in January 2020 and has not yet appeared. See Docket No. 78. The undersigned's prior Order requiring Defendants to obtain counsel within 30 days of that Order applied equally to Defendant Lian Hua Corp. The prior Order stated that the Court would mail a copy of its Order to Defendant Lian Hua Corp. by way of the New York Secretary of State's Office; however, the Court is unable to properly effect service by this method.